ACCEPTED
04-15-00546-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
10/13/2015 5:49:43 PM
KEITH HOTTLE
CLERK

NO. 04-15-00546-CV

IN THE COURT OF APPEALS

THE FOURTH DISTRICT OF TEXAS

SAN ANTONIO, TEXAS

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
10/13/15 5:49:43 PM
KEITH E. HOTTLE
Clerk

JUANITA GONZALES GARCIA,
        *Defendant/Appellant,*

v.

U.S. BANK, N.A., as Trustee for Citigroup Mortgage Loan Trust, Inc. 2006-HE3, Asset-Backed Pass Through Certificates, Series 2006-HE3,
        *Plaintiff/Appellee,*

**APPELLANT'S RESPONSE TO ORDER TO SHOW CAUSE**

James Minerve
State Bar No. 24008692
115 Saddle Blanket Trail
Buda, Texas 78610
(210) 336-5867 - Telephone
(888) 230-6397 – Fax
Email: jgm@minervelaw.com

Appellant's Response to Show Cause Order

**APPELLANT'S RESPONSE TO ORDER TO SHOW CAUSE**

Juanita Gonzales Garcia, Appellant, hereby files her response to this) Court's October 02, 2012 Order to Show Cause within in ten days of that Order, that either (1) the $205.00 filing fees have been paid, or (2) Appellant is entitled to appeal without paying the filing fees."

1.  The response was due October 12, 2015. October 12, 2015, was a Federal holiday. The Appellant believed both the banks and the State of Texas were closed for business and did not deposit filing fee until October 13, 2015.

2.  October 13, 2015, the Appellant remitted the $205 filing fee to the Court.

    WHEREFORE, the Appellant respectfully requests that the Court refrain from dismissing this action.

Date:   October 13, 2015

Respectfully submitted,
/s/ James Minerve

_____
James Minerve
State Bar No. 24008692
115 Saddle Blanket Trail
Buda, Texas 78610
(210) 336-5867
(888) 230-6397 (Fax)
Email: jgm@minervelaw.com
Attorney for Appellant Juanita
Gonzales Garcia

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the above and foregoing document was sent to the Appellee in accordance with the Texas Rules of Civil Procedure on this 13th day of October, 2015:

Fax: (972) 643-6699

Suzanne Suarez

Buckley Madole, P.C.

14841 Dallas Parkway, Suite 425

Dallas, Texas 75254

/s/ James Minerve

_____

James Minerve